UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LUANN DITTMAR,

       Plaintiff,                        Case No. 24-cv-11905
                                          Hon. Matthew F. Leitman

v.

NESTLE PREPARED
FOODS COMPANY, et al.,

       Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal With Prejudice by the parties, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                 s/Matthew F. Leitman_____
                                 MATTHEW F. LEITMAN
                                 UNITED STATES DISTRICT JUDGE

Dated:  November 19, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2025, by electronic means and/or ordinary mail.

                                 s/Holly A. Ryan_____
                                 Case Manager
                                 (313) 234-5126